UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CANDACE BUCKNER, )<br>              Plaintiff,     )<br>                                )<br>-v-                             )<br>                                )<br>COMMUNITY MENTAL HEALTH AUTHORITY )<br>OF CLINTON, EATON, & INGHAM COUNTY, )<br>              Defendant.    )<br>)| No. 1:18-cv-1408<br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 25), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  February 10, 2020                    /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge